IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLEEN A. REMP, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| ALCON LABORATORIES, INC., | : |
| | : NO. 13-6407 |
| Defendant. | : |

## ORDER

**AND NOW**, this 24th day of March, 2016, upon consideration of the defendant's motion for summary judgment (Doc. No. 38), the plaintiff's response in opposition (Doc. Nos. 41, 42), the defendant's reply (Doc. No. 47) and the plaintiff's sur-reply (Doc. No. 51), **IT IS HEREBY ORDERED** that the defendant's motion for summary judgment (Doc. No. 38) is **GRANTED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.